# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Rams Paul,

         Petitioner,

v.

Eric Rokosky,

         Respondent.

No. CV-26-03302-PHX-SMB (JZB)

**ORDER**

Petitioner challenged his present immigration detention, arguing he was previously released from immigration detention and his re-detention without a pre-deprivation hearing violated his due process rights. (Doc. 1.) The Court directed Respondent to show cause why the Petition should not be granted. (Doc. 3.) Respondent's response stated:

Respondent does not oppose Petitioner's request for release at this time.

(Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondent must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondent must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 27th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge